**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1940**

_____

CHERYL F. COHENS,

              Plaintiff - Appellant,

       v.

STATE OF MARYLAND DEPARTMENT OF HUMAN RESOURCES; BALTIMORE
CITY DEPARTMENT OF SOCIAL SERVICES,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William  D.  Quarles,  Jr.,  District
Judge.  (1:11-cv-03419-WDQ)

_____

Submitted:  December 16, 2014      Decided:  December 18, 2014

_____

Before  DUNCAN  and  DIAZ,  Circuit  Judges,  and  DAVIS,  Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Cheryl  F.  Cohens,  Appellant  Pro  Se.   Elise  Song  Kurlander,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cheryl F. Cohens appeals the district court's order denying her motions for reconsideration of the court's orders granting summary judgment for Defendants on her employment discrimination claims. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Cohens does not challenge in her informal brief the basis for the district court's disposition of her motions for reconsideration, she has forfeited appellate review of the court's order. Accordingly, we grant Cohens leave to proceed in forma pauperis and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED